WCH:rjr

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20408-CR-HUCK

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GREGORY GRIMES,

        Defendant.
_____/

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of an order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to GREGORY GRIMES (hereinafter referred to as "defendant"):

    1.    In the Indictment in the above-styled case, the government sought forfeiture of the defendant's interest in any visual depiction of child pornography in violation of 18 U.S.C. § 2252(a), pursuant to 18 U.S.C. § 2253(b).

    2.    On or about June 30, 2008, the defendant entered a plea of guilty to Count 1 of the Indictment in violation of 18 U.S.C. § 2252(a)(2) and agreed to the forfeiture of all of his right, title and interest in property subject to forfeiture pursuant 18 U.S.C. § 2253(b). The property subject to forfeiture include the following:

    a.    HP Media Center PC Desktop Computer Model M8228X, S/N MXX7420PGF;
    b.    One Verbatim Datalife Plus CD-R labeled "Pics";

  c. One Verbatim Datalife Plus CD-R labeled "Goodies";
  d. One Verbatim Datalife Plus CD-R labeled "Stuff 2";
  e. HP Pavilion Desktop Comuter Model A70SW, S/N CNC44209WX;and
  f. Dell Latitude CPI Laptop Computer, S/N 0009321C-12800-8BI-4077.

Therefore, in consideration of the plea of guilty entered by the defendant and upon motion of the United States and for good cause shown thereby, it is hereby:

ORDERED that:

1. All right, title and interest of defendant GREGORY GRIMES, in the following:

  a. HP Media Center PC Desktop Computer Model M8228X, S/N MXX7420PGF;
  b. One Verbatim Datalife Plus CD-R labeled "Pics";
  c. One Verbatim Datalife Plus CD-R labeled "Goodies";
  d. One Verbatim Datalife Plus CD-R labeled "Stuff 2";
  e. HP Pavilion Desktop Comuter Model A70SW, S/N CNC44209WX;and
  f. Dell Latitude CPI Laptop Computer, S/N 0009321C-12800-8BI-4077.

is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 2253(b).

2. The United States Secret Service, or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to 18 U.S.C. § 2253(a)(2) and 21 U.S.C. § 853(g) as soon as practicable.

3. The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by 21 U.S.C. § 853(n)(6). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture is final as to the defendant and interest in the property and must be made part of the sentence and included in the judgment.

It is further, ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 2253(a) and 982 and 21 U.S.C. § 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. § 853(n)(7), this Order shall be deemed a final order of forfeiture, and Federal Bureau of Investigation, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED in Miami, Florida on this 3 day of Sept, 2008.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE